UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY WAYNE COLLINS,

    Plaintiff,

vs                                              Case No: 10-15000
                                                   Honorable Victoria A. Roberts

COMMISSION OF SOCIAL SECURITY,

    Defendant.
_____/

ORDER

On November 9, 2011 Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc. 20], recommending that Plaintiff's Motion to Remand [Doc.13] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Plaintiff's motion is **DENIED**.

    **IT IS ORDERED**.

                                                                                /s/ Victoria A. Roberts
                                                                                Victoria A. Roberts
                                                                                United States District Judge

Dated: December 21, 2011

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 21, 2011.<br><br>S/Linda Vertriest<br>Deputy Clerk |