UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY WAYNE COLLINS

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

CASE NUMBER: 10-15000
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE MICHAEL HLUCHANIUK

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 21, 2012 Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc.30], recommending that Plaintiff's Motion for Summary Judgment [Doc.25] be denied, that the Defendant's Motion for Summary Judgment [Doc.26] be granted, and that the findings of the Commissioner be affirmed. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation. Plaintiff's Motion is **DENIED** and Defendant's Motion is **GRANTED**.

    **IT IS ORDERED**.

                /s/ Victoria A. Roberts
              Victoria A. Roberts
              United States District Judge

Dated: March 16, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 16, 2012.

S/Linda Vertriest
Deputy Clerk